

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00096-CV

IN THE MATTER OF THE MARRIAGE OF MICHELLE MAPUANA MANN AND
JASON R. MANN AND IN THE INTEREST OF M.K.M. AND M.M.M., CHILDREN

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-05931-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

August 29, 2024